TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TALYA M. SEIDMAN[1]
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7137
    Facsimile: (213) 894-7819
    E-mail: Talya.Seidman@usdoj.gov

Attorneys for United States Postal Service

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GUSTAVO PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE; and Does 1 to 50, inclusive,<br><br>    Defendants. | No. CV<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>[28 U.S.C. § 1442(a)] |

---

[1] Admitted to practice under Local Rule 83-2.1.4.1. *See* Order, *In Re Application Of Talya M. Seidman For Admission Pursuant To Local Rule 83-2.1.4.1*, C.D. Cal. No. 2:20-CM-00215-PSG (Nov. 9, 2020).

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF GUSTAVO PEREZ, BY AND THROUGH HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Defendant United States Postal Service ("Defendant") hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On May 26, 2020, Gustavo Perez ("Plaintiff") filed a civil action against the Defendant in the Superior Court of the State of California for the County of Orange, entitled *Gustavo Perez v. Orange County Transportation Authority, et al.*, as Case No. 30-2020-01141258-CU-PA-CJC. A copy of the Complaint and all other pleadings received to date are attached as Exhibit 1. The complaint appears to allege tort claims and violations of state tort statutes.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof …" to the district court embracing the place where the action is pending. Defendant is a federal agency and is entitled to, among other things, the federal defense of sovereign immunity, and federal defenses relating to the exhaustion of administrative claim requirements. See 28 U.S.C. § 2671, et seq.

3. On February 8, 2021, service was properly effected on the United States Postal Service. As this was less than 30 days ago, removal is therefore timely. In Murphy Bros. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before the 28 U.S.C. § 1446(b) time limits for removal begin to run. Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has not expired and, thus, removal is timely.

4. Promptly after filing this notice, Defendant shall give written notice of this removal to the adverse party and to the Clerk of the State Court. See 28 U.S.C. § 1446(d).

5. This Court is the proper district and division to hear this case because

Plaintiff brought this action in the Superior Court of the State of California for the County of Orange.  See 28 U.S.C. § 1442(a).

6.      Because this notice is filed on behalf of a federal agency, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, Defendant removes this action now pending in the Superior Court of the State of California for the County of Orange, Case No. 30-2020-01141258-CU-PA-CJC, to the United States District Court for the Central District of California.

Dated: March 9, 2021                    Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


          /s/
TALYA M. SEIDMAN
Assistant United States Attorney

Attorneys for United States Postal Service