# EXHIBIT 1

# EXHIBIT 1

Electronically Filed by Superior Court of California, County of Orange, 05/26/2020 08:47:41 AM.
30-2020-01141258-CU-PA-CJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By Mauricio Luna, Deputy Clerk

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** ORANGE COUNTY TRANSPORTATION
**(AVISO AL DEMANDADO):** AUTHORITY, a public entity; (Additional Parties Attachment form is attached)

**YOU ARE BEING SUED BY PLAINTIFF:** GUSTAVO PEREZ, an individual.
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

RECEIVED
FEB 11 2021
U.S. Attorney's Office
Civil Dockets

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es):
Superior Court of California, County of Orange
700 Civic Center Drive West
Santa Ana, California 92701

CASE NUMBER:
(Número del Caso):
30-2020-01141258-CU-PA-CJC

Judge Glenn Salter

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Daniel Azizi, Esq.
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
DOWNTOWN LA LAW GROUP
601 N. Vermont Ave., Los Angeles, CA 90004
(213) 389-3765

DATE: 05/26/2020   DAVID H. YAMASAKI, Clerk of the Court   Clerk, by Mauricio Luna, Deputy
(Fecha)   (Secretario)   (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

SUM-200(A)

| SHORT TITLE: GUSTAVO PEREZ vs. ORANGE COUNTY TRANSPORTATION AUTHORITY, et. al. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff    [X] Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

UNITED STATES POSTAL SERVICE, a public entity; CITY OF ANAHEIM, a public entity; COUNTY OF ORANGE, a public entity; and Does 1 to 50, inclusive.

Page 1 of 1

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) (Rev. January 1, 2007)

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Westlaw Doc & Form Builder

Electronically Filed by Superior Court of California, County of Orange, 05/26/2020 08:47:41 AM.
30-2020-01141258-CU-PA-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Mauricio Luna, Deputy Clerk.

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel Azizi, Esq.   SBN: 268995<br>DOWNTOWN LA LAW GROUP<br>601 N. Vermont Ave.<br>Los Angeles, CA 90004<br>TELEPHONE NO: (213) 389-3765   FAX NO. (Optional): (877) 389-2775<br>E-MAIL ADDRESS (Optional): Daniel@downtownlaw.com<br>ATTORNEY FOR (Name): Gustavo Perez | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: GUSTAVO PEREZ, an individual;

DEFENDANT: ORANGE COUNTY TRANSPORTATION AUTHORITY, a public entity; (Additional Parties Attachment form is attached)
☐ DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):

Type (check all that apply):
[X] MOTOR VEHICLE   [X] OTHER (specify): General Negligence
 [X] Property Damage   ☐ Wrongful Death
 [X] Personal Injury   ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded  ☐ does not exceed $10,000
  ☐ exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:
Assigned for all purposes
Judge Glenn Salter
30-2020-01141258-CU-PA-CJC

1. Plaintiff (name or names): Gustavo Perez, an Individual;
   alleges causes of action against defendant (name or names): ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE; and Does 1 to 50, inclusive.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder-

SUM-200(A)

| SHORT TITLE: GUSTAVO PEREZ vs. ORANGE COUNTY TRANSPORTATION AUTHORITY, et. al. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff   [X] Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

UNITED STATES POSTAL SERVICE, a public entity; CITY OF ANAHEIM, a public entity; COUNTY OF ORANGE, a public entity; and Does 1 to 50, inclusive.

Page 1 of 1

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Westlaw Doc & Form Builder

PLD-PI-001

| SHORT TITLE: GUSTAVO PEREZ vs. ORANGE COUNTY TRANSPORTATION AUTHORITY, et. al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Orange County Transportation
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe):
           public entity
      (5) ☐ other (specify):

   c. ☒ except defendant (name): City of Anaheim
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe):
           public entity
      (5) ☐ other (specify):

   b. ☒ except defendant (name): USPS
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe):
           public entity
      (5) ☐ other (specify):

   d. ☒ except defendant (name): County of Orange
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe):
           public entity
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 26-50 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-25 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]          COMPLAINT—Personal Injury, Property          Page 2 of 3
                                                   Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: GUSTAVO PEREZ vs. ORANGE COUNTY TRANSPORTATION AUTHORITY, et. al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [X] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify):*

11. Plaintiff has suffered
    a. [X] wage loss
    b. [X] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [X] property damage
    f. [X] loss of earning capacity
    g. [ ] other damage *(specify):*

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [ ] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) [X] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 3/23/20

Daniel Azizi, Esq.
(TYPE OR PRINT NAME)                    ▶        (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: GUSTAVO PEREZ vs. ORANGE COUNTY TRANSPORTATION AUTHORITY, et. al. | CASE NUMBER: |
|---|---|

___FIRST___  **CAUSE OF ACTION—General Negligence**   Page __4__
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* GUSTAVO PEREZ, an individual;

alleges that defendant *(name):* ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE; and Does 1 to 50, inclusive.

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* or about April 27, 2019
at *(place):* or near Ball Rd. and Walnut St., Anaheim, CA 92802

*(description of reasons for liability):*

On or about April 27, 2019, Plaintiff was lawful passenger in Defendants ORANGE COUNTY TRANSPORTATION AUTHORITY, a public entity; CITY OF ANAHEIM, a public entity; COUNTY OF ORANGE, a public entity; and Does 1 to 50, inclusive, bus (#8344) traveling east on Ball St. near Walnut St.. Defendant UNITED STATES POSTAL SERVICE's employee was operating his/her vehicle (USPS truck) and exited a driveway onto Ball St.. Defendants operated their respective vehicles without caution and in such an unsafe manner that they violently collided and caused severe injury and pain to Plaintiff. The actions of the Defendants and/or it's employees was below the standard of care and was the cause of Plaintiff's injuries.

Plaintiff's injuries and damages alleged herein above were the proximate cause of the negligence, carelessness and/or recklessness of Defendants LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, a public entity; CITY OF LOS ANGELES, a public entity; COUNTY OF LOS ANGELES, a public entity; and Does 1 to 50, inclusive. Defendants and each of them on said day and place so negligently, wantonly, carelessly, and/or recklessly entrusted, owned, operated a motor vehicle in an unreasonable and unsafe manner thereby causing Plaintiffs to sustain the injuries and related damages herein above alleged. This claim is brought pursuant to Government Code Section 815.2; Vehicle Code Section 17001, 24002 and 2100.
Pursuant to Vehicle Code section 17001, a public entity is liable for death or injury to person or property proximately caused by the negligent or wrongful act or omission in the operation of any motor vehicle by an employee of the public entity acting within the scope of his/her employment. Therefore, Defendants ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE; and Does 1 to 50, inclusive, are statutorily liable for the negligent acts of the Defendants' employee while he/she was operating the subject vehicle.

Plaintiff is informed and believes, and upon that information and belief, alleges that Defendants' conduct violated Vehicle Code section 24002(a): "It is unlawful to operate any vehicle or combination of vehicles which is in an unsafe condition, or which is not safely loaded, and which presents an immediate safety hazard."

Defendants ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE; and Does 1 to 50, inclusive, common carriers, are required pursuant to Civil Code Section 2100 to use the utmost care and diligence for the safe carriage of their passengers. Public entity liability can be based on the breach of this statute. Lopez v. Southern Cal. Rapid Transit Dist., 40 Cal.3rd 780, 785 (1985).

Defendants, ORANGE COUNTY TRANSPORTATION AUTHORITY, and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about October 14, 2019 and has not been rejected by an agent for Defendant ORANGE COUNTY TRANSPORTATION AUTHORITY.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

MC-025

| SHORT TITLE: GUSTAVO PEREZ vs. ORANGE COUNTY TRANSPORTATION AUTHORITY, et. al. | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): ____GN-1____

(This Attachment may be used with any Judicial Council form.)

Defendants, CITY OF ANAHEIM, and DOES 1 through 50, were served with a claims for damages pursuant to Government Code Section 911.2 on or about October 14, 2019 and was rejected on October 20, 2019.

Defendants, COUNTY OF ORANGE, and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about October 14, 2019 and was rejected on October 30, 2019.

Defendants, UNITED STATES POSTAL SERVICE, and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about October 14, 2019 and has not been rejected by an agent for Defendant UNITED STATES POSTAL SERVICE.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page __1__ of __1__
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2000]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001(1)

| SHORT TITLE: GUSTAVO PEREZ vs. ORANGE COUNTY TRANSPORTATION AUTHORITY, et. al. | CASE NUMBER: |
|---|---|

_____SECOND_____    **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* GUSTAVO PEREZ, an individual;

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* or about April 27, 2019
at *(place):* or near Ball Rd. and Walnut St., Anaheim, CA 92802

MV- 2. DEFENDANTS
  a. [X] The defendants who operated a motor vehicle are *(names):*

  [X] Does ___1___ to ___50___

  b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):* ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE

  [X] Does ___1___ to ___50___

  c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names):* ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE

  [X] Does ___1___ to ___50___

  d. [X] The defendants who entrusted the motor vehicle are *(names):* ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE

  [X] Does ___1___ to ___50___

  e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

  [X] Does ___1___ to ___50___

  f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
     [ ] listed in Attachment MV-2f  [ ] as follows:

  [ ] Does _____ to _____

Page _____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder


MC-025

| SHORT TITLE: GUSTAVO PEREZ vs. ORANGE COUNTY TRANSPORTATION AUTHORITY, et. al. | CASE NUMBER: |
|---|---|

**ATTACHMENT (Number):** _____

*(This Attachment may be used with any Judicial Council form.)*

CAUSE OF ACTION - MOTOR VEHICLE

On or about April 27, 2019, Plaintiff was lawful passenger in Defendants ORANGE COUNTY TRANSPORTATION AUTHORITY, a public entity; CITY OF ANAHEIM, a public entity; COUNTY OF ORANGE, a public entity; and Does 1 to 50, inclusive, bus (#8344) traveling east on Ball St. near Walnut St.. Defendant UNITED STATES POSTAL SERVICE's employee was operating his/her vehicle (USPS truck) and exited a driveway onto Ball St.. Defendants operated their respective vehicles without caution and in such an unsafe manner that they violently collided and caused severe injury and pain to Plaintiff. The actions of the Defendants and/or it's employees was below the standard of care and was the cause of Plaintiff's injuries.

Plaintiff's injuries and damages alleged herein above were the proximate cause of the negligence, carelessness and/or recklessness of Defendants LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, a public entity; CITY OF LOS ANGELES, a public entity; COUNTY OF LOS ANGELES, a public entity; and Does 1 to 50, inclusive. Defendants and each of them on said day and place so negligently, wantonly, carelessly, and/or recklessly entrusted, owned, operated a motor vehicle in an unreasonable and unsafe manner thereby causing Plaintiffs to sustain the injuries and related damages herein above alleged.

This claim is brought pursuant to Government Code Section 815.2; Vehicle Code Section 17001, 24002 and 2100. Pursuant to Vehicle Code section 17001, a public entity is liable for death or injury to person or property proximately caused by the negligent or wrongful act or omission in the operation of any motor vehicle by an employee of the public entity acting within the scope of his/her employment. Therefore, Defendants ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE; and Does 1 to 50, inclusive, are statutorily liable for the negligent acts of the Defendants' employee while he/she was operating the subject vehicle.

Plaintiff is informed and believes, and upon that information and belief, alleges that Defendants' conduct violated Vehicle Code section 24002(a): "It is unlawful to operate any vehicle or combination of vehicles which is in an unsafe condition, or which is not safely loaded, and which presents an immediate safety hazard."

Defendants ORANGE COUNTY TRANSPORTATION AUTHORITY; UNITED STATES POSTAL SERVICE; CITY OF ANAHEIM; COUNTY OF ORANGE; and Does 1 to 50, inclusive, common carriers, are required pursuant to Civil Code Section 2100 to use the utmost care and diligence for the safe carriage of their passengers. Public entity liability can be based on the breach of this statute. Lopez v. Southern Cal. Rapid Transit Dist., 40 Cal.3rd 780, 785 (1985).

Defendants, ORANGE COUNTY TRANSPORTATION AUTHORITY, and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about October 14, 2019 and has not been rejected by an agent for Defendant ORANGE COUNTY TRANSPORTATION AUTHORITY.

Defendants, CITY OF ANAHEIM, and DOES 1 through 50, were served with a claims for damages pursuant to Government Code Section 911.2 on or about October 14, 2019 and was rejected on October 20, 2019.

Defendants, COUNTY OF ORANGE, and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about October 14, 2019 and was rejected on October 30, 2019.

Defendants, UNITED STATES POSTAL SERVICE, and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about October 14, 2019 and has not been rejected by an agent for Defendant UNITED STATES POSTAL SERVICE.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page ___ of ___
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. July 1, 2009)

**ATTACHMENT to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

Perez, Gustavo DOL 04.27.2019

Downtown L.A. Law Group
601 N VERMONT AVE
LOS ANGELES CA 90004-2174

USPS CERTIFIED MAIL

9414 8118 9876 5899 9537 38

United States Attorneys Office
Civil Process Clerk
300 N LOS ANGELES ST STE 7516
LOS ANGELES CA 90012-3341

$6.35 US POSTAGE
FIRST-CLASS
Feb 08 2021
Mailed from ZIP 90004
1 oz First-Class Mail Flats Rate
11923275
062S0012913542